## STATE OF CONNECTICUT *v.* CAESAR O'NEIL

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 65 Conn. App. 145 (AC 19710), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the evidence was insufficient as a matter of law to support a conviction for attempt to commit murder in violation of General Statutes §§ 53a-49 (a) and 53a-54a?"

The Supreme Court docket number is SC 16607.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in support of the petition.

*Neal Cone*, assistant public defender, in opposition.

Decided October 16, 2001

## ROBERT M. CHEVERIE *v.* ASHCRAFT & GEREL

The defendant's petition for certification for appeal from the Appellate Court, 65 Conn. App. 425 (AC 20858), is denied.

*William J. Sweeney, Jr.*, in support of the petition.

*Joseph D. Garrison*, in opposition.

Decided October 16, 2001